**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 397 MAL 2021

             Respondent    :

             :    Petition for Allowance of Appeal

             :    from the Order of the Superior Court

             v.    :

             :

HOLLY ANN CRAWFORD,    :

             :

             Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.